UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ANNE RENEE HUFFMAN, )
)
Plaintiff, )
)
v. ) Civil Action No.: 1:15-cv-930
)
TARGET CORPORATION, )
TARGET STORES, INC., )
GAINESVILLE SUPERTARGET, )
TARGET CORPORATE SERVICES, INC. )
and )
TARGET AMERICA, INC., )
)
Defendants. )

FILED
JUL 17 2015
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

**FINANCIAL INTEREST DISCLOSURE STATEMENT
OF TARGET CORPORATION, TARGET STORES, INC.
AND TARGET CORPORATE SERVICES, INC.**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for DefendantsTarget Corporation, Target Stores, Inc. and Target Corporate Services, Inc. certifies as follows: Target Corporation is a publicly traded corporation, and its stock is registered with the U.S. Securities and Exchange Commission and traded on the New York Stock Exchange. Target Stores, Inc. and Target Corporate Services, Inc. are wholly owned subsidiaries of Target Corporation. As a publicly traded company, Target Corporation generally does not and is not legally obligated to track the identity of individual shareholders, but relies on the reports filed by investors that disclose their holdings in Target Corporation, which reports are required by the rules of the SEC. Based on its review of the most recently filed reports, Target is unaware of any

shareholder that reported owning 10% or more of Target's outstanding stock. Thus, there is nothing to report under Local Civil Rule 7.1(A)(1)(a).

                    TARGET CORPORATION, TARGET STORES, INC.
                    AND TARGET CORPORATE SERVICES, INC.

                    Edward H. Starr, Jr., Esq. (VSB No. 18609)
                    TROUTMAN SANDERS LLP
                    1001 Haxall Point
                    P.O. Box 1122
                    Richmond, Virginia 23218-1122
                    Phone: (804) 697-1268
                    Fax:    (804) 698-5137
                    E-mail: ed.starr@troutmansanders.com

                    *Counsel for Target Corporation, Target Stores,*
                    *Inc. and Target Corporate Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this __16th__ day of July, 2015, a true and accurate copy of the foregoing was sent via U.S. Mail to:

>John R. Turbitt, Esq.
>Turbitt, O'Herron & Leach, PLLC
>8996 Burke Lake Road, Suite 304
>Burke, Virginia  22015
>Phone:  (703) 323-7000
>Fax:     (757) 245-7740
>e-mail:  john.turbitt@turbittoherron.com
>
>    Counsel for Plaintiff

_____
Edward H. Starr, Jr., Esq.(VSB No.18609)
Attorney for Target Corporation, Target Stores, Inc.
and Target Corporate Services Inc.
TROUTMAN SANDERS LLP
1001 Haxall Point
P.O. Box 1122
Richmond, Virginia 23218-1122
Phone: (804) 697-1268
Fax:     (804) 698-5137
E-mail:  ed.starr@troutmansanders.com

3